| | |
|---|---|
| 1 | WILLIAM J. GOINES (SBN: 061290) |
| | KAREN ROSENTHAL (SBN: 209419) |
| 2 | CINDY HAMILTON (SBN: 217951) |
| | GREENBERG TRAURIG, LLP |
| 3 | 1900 University Avenue, Fifth Floor |
| | East Palo Alto, California 94303 |
| 4 | Telephone: (650) 328-8500 |
| | Facsimile: (650) 328-8508 |
| 5 | Email: goinesw@gtlaw.com; |
| | rosenthalk@gtlaw.com; hamiltonc@gtlaw.com |

GREGORY A. NYLEN (SBN: 151129)
THOMAS H. GODWIN (SBN: 255384)
GREENBERG TRAURIG LLP
2450 Colorado Ave Ste 400E
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile: 310-586-7800
E-mail: nyleng@gtlaw.com, godwint@gtlaw.com

Attorneys for Defendants FERRELLGAS, L.P., FERRELLGAS, INC. and FERRELLGAS PARTNERS, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK FULLER, SARA HOOK, DERRICK JACKSON, PAT MALLANEY, individually and on behalf of all others similarly situated, | Case No. C-09-02493 TEH |
| Plaintiffs; | STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT [Civil L.R. 6-1(a)] |
| v. | |
| AMERIGAS PROPANE, INC., AMERIGAS PARTNERS, L.P., AMERIGAS PROPANE, L.P., FERRELLGAS, L.P., FERRELLGAS, INC., and FERRELLGAS PARTNERS L.P. | Date Action Filed: June 4, 2009 |
| Defendants. | |

Come now Plaintiffs JACK FULLER, SARA HOOK, DERRICK JACKSON, PAT MALLANEY, individually and on behalf of all others similarly situated, and Defendants FERRELLGAS, L.P., FERRELLGAS, INC. and FERRELLGAS PARTNERS, L.P. ("FerrellGas Defendants") by and through their respective counsel, and pursuant to United States District Court, Northern District of California Civil Local Rule 6-1(a), hereby stipulate that the FerrellGas Defendants shall have up to July 16, 2009, within which to answer or otherwise respond to Plaintiffs' complaint. The FerrellGas Defendants reserve all rights relating to such response to Plaintiffs' complaint.

IT IS SO STIPULATED

Dated: June 22, 2009              HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Shana E. Scarlett*
    Shana E. Scarlett

Attorneys for Plaintiffs JACK FULLER, SARA HOOK, DERRICK JACKSON, and PAT MALLANEY

Dated: June 22, 2009              GREENBERG TRAURIG, LLP

By: /s/ *Karen Rosenthal*
    William J. Goines
    Karen Rosenthal
    Cindy Hamilton

    -and-

    Gregory A. Nylen
    Thomas H. Godwin

Attorneys for Defendants FERRELLGAS, L.P., FERRELLGAS, INC. and FERRELLGAS PARTNERS, L.P



IT IS SO ORDERED
Judge Thelton E. Henderson
06/24/09

- 2 -
STIPULATION EXTENDING TIME TO ANSWER OR RESPOND
C09-02493 TEH

Case 4:09-cv-00842-GAF   Document 7   Filed 06/24/09   Page 2 of 2

*LA 128,264,274v1 6-22-09*