EILEEN R. RIDLEY CA Bar No. 151735
   eridley@foley.com
MICHAEL A. NARANJO CA Bar No. 221449
   mnaranjo@foley.com
GILLIAN MORSHEDI CA Bar No. 251896
   gmorshedi@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:   415.434.4484
FACSIMILE:    415.434.4507

Attorneys for Defendant AMERIGAS PROPANE, INC.,
AMERIGAS PARTNERS, L.P., AMERIGAS PROPANE, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK FULLER, SARA HOOK, DERRICK JACKSON, PAT MALLANEY, individually and on behalf of all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AMERIGAS PROPANE, INC., AMERIGAS PARTNERS, L.P., AMERIGAS PROPANE, L.P., FERRELLGAS, L.P., FERRELLGAS, INC. and FERRELLGAS PARTNERS, L.P.<br><br>Defendant. | Case No: C-09-02493-TEH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT [CIVIL L.R. 6-1(A)]**<br><br>Judge:   Hon. Thelton E. Henderson<br><br>Date Action Filed: June 4, 2009 |

Come now Plaintiffs JACK FULLER, SARA HOOK, DERRICK JACKSON, PAT MALLANEY, individually and on behalf of all others similarly situated, and Defendants AMERIGAS PROPANE, INC., AMERIGAS PARTNERS, L.P., and AMERIGAS PROPANE L.P. ("Amerigas Defendants") by and through their respective counsel and, pursuant to United States District Court, Northern District of California Civil Local Rule 6-1(a), hereby stipulate that the Amerigas Defendants shall have up to and including July 16, 2009, within which to answer or otherwise respond to Plaintiffs' complaint. The Amerigas Defendants reserve all rights relating to such response to Plaintiffs' complaint.

///

IT IS SO STIPULATED.

DATED: June 25, 2009                           HAGENS BERMAN SOBOL SHAPIRO LLP


                                               By: /S/ SHANA E. SCARLETT
                                                   Shana E. Scarlett
                                                   Attorneys for Plaintiffs JACK FULLER,
                                                   SARA HOOK, DERRICK JACKSON,
                                                   and PAT MALLANEY


DATED: June 25, 2009                           EILEEN R. RIDLEY
                                               FOLEY & LARDNER LLP


                                               By: /S/ EILEEN R. RIDLEY
                                                   Eileen R. Ridley
                                                   Attorneys for Defendants AMERIGAS
                                                   PROPANE, INC., AMERIGAS
                                                   PARTNERS, L.P., and AMERIGAS
                                                   PROPANE, L.P.

I hereby attest that I have on file all signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: June 25, 2009                           EILEEN R. RIDLEY
                                               FOLEY & LARDNER LLP


                                               By: /S/ EILEEN R. RIDLEY
                                                   Eileen R. Ridley
                                                   Attorneys for Defendants AMERIGAS
                                                   PROPANE, INC., AMERIGAS
                                                   PARTNERS, L.P., and AMERIGAS
                                                   PROPANE, L.P.

///
///
///
///

1  IT IS SO ORDERED.

2

3  DATED: June 26, 2009

By: _____
Hon. Thelton E. Henderson
U.S. District Judge

3
STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFFS' COMPLAINT [CIVIL L.R. 6-1(A)]
CASE NO. C-0902493-TEH

Case 4:09-cv-00842-GAF   Document 9   Filed 06/29/09   Page 3 of 3

SFCA_1574674.1